IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-HC-2238-BO

VERNON P. MCLEAN,

    Petitioner,

v.

WARDEN,

    Respondent.

ORDER

Petitioner Vernon P. McLean, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. Since filing in this court, McLean has been released from the custody. http://www.bop.gov/inmateloc/ (last visited August 29, 2015). However, McLean has failed to provide the court with any forwarding address. Accordingly, the action is dismissed for failure to prosecute. Local Civil Rule 83.3, EDNC. The Clerk is DIRECTED to close the case and enter a dismissal of the matter without prejudice.

SO ORDERED, this 29 day of August 2015.

                              TERRENCE W. BOYLE
                              UNITED STATES DISTRICT JUDGE